WEBB & CAREY, assignee of Stuart Ellis, Plaintiff–Appellant,

v.

FEDERAL INSURANCE COMPANY; Does 1–30, Defendants–Appellees.

No. 00–56034.

D.C. No. CV–99–01672–JNK.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Nov. 26, 2001.

Before GOODWIN, WALLACE and THOMAS, Circuit Judges.

---

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

** Honorable Claudia Wilken, United States District Judge for the Northern District of California, sitting by designation.

## MEMORANDUM *

Webb & Carey appeals the district court's order granting summary judgment in favor of Federal Insurance Company. We affirm for the reasons articulated by the district court in its opinion granting summary judgment.

AFFIRMED.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

